UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS, LEON N. KERSHAW, CAROLEE ROOP,<br><br>　　　　　Defendants. | CASE NO. C15-5784 RJB-KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRESERVATION OF EVIDENCE |

　　　　Plaintiff JoJo Ejonga-Deogracias is a state prisoner proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action.  On November 23, 2015, Plaintiff filed a motion seeking the preservation of evidence relevant to the claims in this action.  Dkt. 13.

　　　　"[A]s soon as a potential claim is identified, a litigant is under a duty to preserve evidence which it knows or reasonably should know is relevant to the action."  *National Ass'n of Radiation Survivors v. Turnage*, 115 F.R.D. 543, 566-67 (N.D.Cal.1987)).  A motion to preserve evidence requires the court to consider "1) the level of concern the court has for the continuing existence and maintenance of the integrity of the evidence in question in the absence of an order directing preservation of the evidence; 2) any irreparable harm likely to result to the party seeking the preservation of evidence absent an order directing preservation; and 3) the capability

ORDER DENYING PLAINTIFF'S MOTION
FOR PRESERVATION OF EVIDENCE - 1

of an individual, entity, or party to maintain the evidence sought to be preserved, not only as to the evidence's original form, condition or contents, but also the physical, spatial and financial burdens created by ordering the evidence preservation." *Capricorn Power County, Inc. v. Siemens Westinghouse Power Corporation,* 220 F.R.D. 429 (2004).

Plaintiff's motion is premature. At this juncture in the lawsuit, defendants have been served and filed waivers of service, but have not yet filed an answer or motion responsive to Plaintiff's complaint. After defendants have made an appearance in this action, by filing either an answer or a motion responsive to plaintiff's complaint, Plaintiff may renew his motion, taking care to make the requisite showing set forth in the preceding paragraph.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion (Dkt. 13) is premature and is **DENIED without prejudice.**

2. The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

Dated this 21st day of December, 2015.

Karen L. Strombom
United States Magistrate Judge