UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>                  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS,<br>LEON N. KERSHAW, CAROLEE ROOP,<br><br>                  Defendants. | No. C15-5784 RJB-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, (Dkt. 25), and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation (Dkt. 24).

    (2)    Plaintiff's motion to voluntarily dismiss Defendants Kershaw and Roop (Dkt. 23) is **GRANTED** and plaintiff's claims against them are **dismissed without prejudice.** The remainder of Defendants' motion to dismiss is **GRANTED.** Plaintiff's Objections (Dkt. 25), to the Report and Recommendation's recommendation that the claims against the Washington Department of Corrections be dismissed on Eleventh Amendment grounds, are without merit and are unsupported under the law. Plaintiff's claims against the Washington Department of Corrections are **dismissed with prejudice. This case is closed.**

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 6th day of June, 2016.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION** - 1