UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOJO EJONGA-DEOGRACIAS,

        Plaintiff,

     v.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants.

CASE NO. C15-5784 RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 42).

2)     Plaintiff's motion for temporary injunction (Dkt. 36) **IS DENIED.**

3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to Magistrate Judge Fricke.

**DATED** this 12th day of June, 2017.

ROBERT J. BRYAN
United States District Judge