UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>     Plaintiff,<br><br> v.<br><br>DONALD HOLBROOK, et. al.,<br><br>     Defendants. | Case No. C15-5784-RJB-TLF<br><br>ORDER DENYING PLAINTIFF'S MOTION TO INCLUDE ADDITIONAL DEFENDANT AS MOOT |

On August 10, 2017, Plaintiff JoJo Ejonga-Deogracias filed a document indicating his intent to add an additional defendant and claim to his complaint, which was docketed as a motion. Dkt. 47. Defendants responded, asking the Court to dismiss the motion because plaintiff failed to comply with Local Rule 15 in order to amend his complaint. Dkt. 52. In his reply to the defendants' response, plaintiff states that he did not, in fact, intend to amend his complaint and it is not a motion. Dkt. 53. Rather, plaintiff clarified that the document was merely a notice of his intent to add a defendant and claim at a future date. *Id*. Accordingly, the Court orders that

Plaintiff's Motion to Include Additional Defendant and Additional Claim, Dkt. 47, be **DENIED** as moot. If plaintiff intends to include an additional defendant and claim, he is directed to submit an amended complaint complying with Local Rule 15.

Dated this 2nd day of November, 2017.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO INCLUDE
ADDITIONAL DEFENDANT AS MOOT - 1