UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DEPARTMENT OF CORRECTIONS ET. AL.,<br><br>　　　　　　　Defendants. | Case No. C15-5784-RJB-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 76).

(2) Plaintiff's Motion for Default Judgment against defendant Bill Hamby (Dkt. 57) is DENIED.

Dated this 26th day of February, 2018.

　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1