UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO EJONGA-DEOGRACIAS,<br><br>               Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>               Defendants. | Case No. C15-5784 RJB-TLF<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL |

This matter has come before the Court on Plaintiff's motion for voluntary dismissal. Dkt. 82. The Court has considered the pleadings filed regarding the motion and the remaining file.

Where, as here, a request for dismissal is made after defendants have answered or brought dispositive motions, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41 (a). Defendants do not oppose plaintiff's motion, and do not seek any terms. Dkt. 83. Accordingly, the Court **ORDERS** as follows:

    (1)    Plaintiff's motion for voluntary dismissal (Dkt. 82) is **GRANTED**; and

    (2)    This matter is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of July, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
VOLUNTARY DISMISSAL - 1